IN THE UNTIED STATES DISTRICT COURT
Western District of Arkansas

MOUNTAIN HOME FLIGHT SERVICE, INC.                               PLAINTIFF

V.                                              NO. 3:12-cv-03027-PKH

BAXTER COUNTY, ARKANSAS;
BAXTER COUNT AIRPORT COMMISSION;
McMANN AVIATION FUELING, LLC;
FLY ARKANSAS, LLC;
CHARLES HOOPER;
IRA DOUG CHATMAN; TAYLOR SCOTT;
and DAN HALL                                                     DEFENDANTS

### SEPARATE DEFENDANTS IRA DOUG CHATMAN AND McMANN AVIATION FUELING, LLC.'S RESPONSE TO PLAINTIFF'S MOTION FOR A NEW TRIAL OR FOR ALTERATION AND LEAVE TO AMEND

Comes now Separate Defendants Ira Doug Chatman and McMann Aviation Fueling, LLC, by and through its attorneys, Ethredge & Copeland, P.A. and for its Response to Plaintiff's Motion for a New Trial and For Alteration and Leave to Amend Complaint states:

1. Separate Defendants admit paragraph 1 of Plaintiff's Motion for New Trial or Alteration and Leave to Amend.

2. Separate Defendants deny paragraph 2 of Plaintiff's Motion for New Trial or Alteration and Leave to Amend.

3. Separate Defendants admit paragraph 3 of Plaintiff's Motion for New Trial or Alteration and Leave to Amend.

4. Separate Defendants deny paragraph 4 of Plaintiff's Motion for New Trial or Alteration and Leave to Amend.

5. Separate Defendants are without knowledge to admit or deny paragraph 5 of Plaintiff's Motion for New Trial OR Alteration and Leave to Amend and therefore deny the same.

6. Separate Defendants are without knowledge to admit or deny paragraph 6 of Plaintiff's Motion for New Trial OR Alteration and Leave to Amend and therefore deny the same.

7. Separate Defendants plead any and all affirmative defenses available under FRCP 8, and any other affirmative defense that may be applicable to this case.

8. Separate Defendants maintain that the Plaintiff's Motion for New Trial or Alteration and Leave to Amend is not supported by arguments, facts, or conclusions of law that would justify granting the Motion for a New Trial under FRCP 59.

9. Separate Defendants maintain that the Plaintiff's Motion for New Trial or Alteration and Leave to Amend is not supported by arguments, facts, or conclusions of law that would justify altering the Court's Memorandum Opinion and Order issued June 19, 2012 under FRCP 59.

10. Separate Defendants maintain that the Plaintiff's Motion for New Trial or Alteration and Leave to Amend is not supported by arguments, facts, or conclusions of law that would justify granting leave to amend the Plaintiff's Complaint under FRCP 15 or 8th Circuit case law.

11. Separate Defendants reserve the right to file a Brief herewith, should the Court desire.

Wherefore, having fully responded, Separate Defendants McMann Aviation Fueling, LLC and Ira Doug Chatman pray that the Court deny the Plaintiff's Motions, for their costs and attorneys fees, and for all other relief to which it may be entitled.

                                              **Respectfully Submitted,**

                                              **IRA DOUG CHATMAN AND MCMANN AVIATION FUELING, LLC**

        /s/   David L. Ethredge
ABA # 89-156
Ethredge & Copeland, P.A.
P.O. Box 724
Mountain Home, AR 72654
(870) 425-8636
(870) 425-9013 fax
david@ecattorneys.com
Attorney for Separate Defendants
McMann Aviation Fueling, LLC and
Ira Doug Chatman

## CERTIFICATE OF SERVICE

I, David L. Ethredge, do hereby certify that on this 27th day of July, 2012, I cause a true and correct copy of the foregoing document to be served on all parties through CM/ECF.

        /s/   David L. Ethredge