IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| MOUNTAIN HOME FLIGHT SERVICE, INC., )<br>)<br>Plaintiff,                              )<br>vs.                                                         )<br>)<br>BAXTER COUNTY, ARKANSAS;                  )<br>BAXTER COUNTY AIRPORT COMMISSION; )<br>MacMANN AVIATION FUELING, LLC;          )<br>FLY ARKANSAS, LLC; CHARLES HOOPER;    )<br>IRA DOUG CHATMAN; TAYLOR SCOTT;       )<br>and DAN HALL,                                        )<br>Defendants.   ) | Case No. 3:12- CV -03027 |

**SEPARATE DEFENDANTS FLY ARKANSAS, LLC AND TAYLOR SCOTT'S
RESPONSE TO PLAINTIFF'S MOTION FOR NEW TRIAL OR FOR ALTERATION
OF JUDGMENT AND FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Defendants, Fly Arkansas, LLC and Taylor Scott, by and through their attorney, John O. Russo of Bailey & Russo, PLC, and for their Response to Plaintiff's Motion For New Trial Or For Alteration of Judgment And For Leave To Amend Complaint, state to the Court as follows:

1. That Defendants admit those allegations contained in paragraph one.

2. That Defendants deny those allegations contained in paragraph two. Further pleading, Defendants reassert and incorporate by reference their Motion to Dismiss and Brief in Support (See Doc # 15 and 16). Plaintiff's now allege theft by Defendants but do not "state" when the theft occurred.

3. That Defendants admit that no prior amendments have been requested or granted; however, Plaintiff was put on notice by the Defendants that they had failed to state a claim for which relief could be granted and had ample time to amend their pleadings. Plaintiff chose not to do so until after this Court rendered its judgment.

4. That Defendants deny those allegations contained in paragraph 4. Further pleading, Plaintiff is now making allegations based upon the Court's judgment that are not supported by any new additional "facts".

5. That Defendants admit that Plaintiff is submitting its brief in support; however the brief does not provide any support for a new trial or for leave to amend based upon this Court's ruling.

6. That Defendants admit that Plaintiff has submitted its proposed First Amended and Restated Complaint; however, the First Amended and Restated Complaint still fails to state a claim for which relief can be granted as the allegations of theft by Plaintiff toward Defendants, in paragraph 108, do not specify a time frame, are outside the applicable statute of limitations, and are vehemently denied by Defendants. Further pleading, Plaintiff just restates allegations that have already been ruled on by this Court.

7. That Plaintiff was noticed by the filing of the Defendant's Motion to Dismiss and accompanying brief that they should have either filed a voluntary dismissal or amended their pleadings. Plaintiff failed to do so and in fact have filed additional pleadings resulting in additional attorney fees by Defendants.

WHEREFORE, Defendants, Fly Arkansas, LLC and Taylor Scott, pray that this Court deny Plaintiff's Motion For New Trial Or For Alteration and Amendment of Judgment; grant Defendants' Motion for Attorney Fees; that this Court award Defendants $5,000.00 for defending this action; and for all such other and further relief to which Defendants may be entitled.

                    Respectfully Submitted,

                    FLY ARKANSAS, LLC, and
                    TAYLOR SCOTT

By:     /s/ John O. Russo                   .
          John O. Russo, Ark Bar No. 2005159
          Bailey & Russo, PLC
          714 South Church Street
          Mountain Home, AR 72653
          (870) 424-2550 Office
          (870) 424-9978 Facsimile

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing document has been:

☐ Mailed this date, via First Class
   U.S. Mail, postage prepaid to:
☑ Delivered via the CM/ECF system:

| | |
|---|---|
| David Glenn Nixon | Jason E. Owens |
| 2340 Green Acres Road, Ste 12 | P.O. Box 17250 |
| Fayetteville, AR 72703 | Little Rock, AR 72222-7250 |
| Attorney for Plaintiff | Attorney for Defendants Baxter County, AR |
| | Baxter Co. Airport Commission, |
| David L. Ethredge | Charles Hopper, and Dan Hall |
| P.O. Box 724 | |
| Mountain Home, AR 72653 | |
| Attorney for Defendants | |
| MacMann Aviation Fueling, LLC | |
| and Ira Doug Chatman | |

On the 28th day of July, 2012.

                    /s/ John O. Russo                   .
                    John O. Russo, Ark. Bar No. 2005159